UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

JOSHUA ADAMS,

       Plaintiff,                         Case No.: 1:19-cv-06968-BMC

vs.

3 PIGLETS INC.,

       Defendant.
_____X

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, JOSHUA ADAMS, and Defendant, 3 PIGLETS INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice as the Defendant, 3 PIGLETS INC., has represented to Plaintiff that the Defendant's restaurant has gone out of business. Each party shall bear its own costs and fees.

      Dated: <u>August 11, 2020</u>

By:   <u>s/ Maria-Costanza Barducci</u>             By:   <u>s/ Peter Jakab</u>

      Maria-Costanza Barducci, Esq.           Peter Jakab, Esq.
      *Attorney for Plaintiff*                 *Attorney for Defendant*
      Barducci Law Firm, PLLC               Fein & Jakab
      5 West 19th Street, 10th Floor          40 Fulton St., 23rd Floor
      New York, NY 10011                   New York, NY 10038
      (212) 433-2554                        (212) 732-9290
      MC@BarducciLaw.com                PJakab@earthlink.net


CC: via CM/ECF