UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X

JOSHUA ADAMS,

    Plaintiff,                                                   Case No.: 1:19-cv-06968-BMC

vs.

3 PIGLETS INC.,

    Defendant.
───────────────────────────────X

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff, JOSHUA ADAMS, and Defendant, 3 PIGLETS INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action *without* prejudice as the Defendant, 3 PIGLETS INC., has represented to Plaintiff that the Defendant's restaurant has gone out of business. Each party shall bear its own costs and fees.

Dated: August 11, 2020

By:   s/ Maria-Costanza Barducci                By:   s/ Peter Jakab

Maria-Costanza Barducci, Esq.                    Peter Jakab, Esq.
*Attorney for Plaintiff*                                    *Attorney for Defendant*
Barducci Law Firm, PLLC                           Fein & Jakab
5 West 19th Street, 10th Floor                     40 Fulton St., 23rd Floor
New York, NY 10011                                    New York, NY 10038
(212) 433-2554                                             (212) 732-9290
MC@BarducciLaw.com                            PJakab@earthlink.net

CC: via CM/ECF